# Commonwealth of Pennsylvania
## COUNTY OF LEHIGH



**APPLICATION FOR SEARCH WARRANT AND AUTHORIZATION**

| Docket Number (Issuing Authority): | Police Incident Number: M05-1453342 | Warrant Control Number: |
|---|---|---|

| Tpr. Gerald LYDON | PSP-Troop M, Fogelsville | [redacted] | 02/20/13 |
|---|---|---|---|
| AFFIANT NAME | AGENCY | PHONE NUMBER | DATE OF APPLICATION |

**IDENTIFY ITEMS TO BE SEARCHED FOR AND SEIZED** (Be as specific as possible):
Illegally possessed firearms / Prohibited offensive weapons, Drugs / Drug Paraphernalia, Money, Illegally possessed or Stolen property and Instruments / Fruits of crime, any items obtained illegally.

**SPECIFIC DESCRIPTION OF PREMISES AND/OR PERSON TO BE SEARCHED** (Street and No., Apt. No., Vehicle, Safe Deposit Box, etc.):
A gray 2012 Toyota Camry sedan bearing VA Reg-WXH4142 (VIN-4T1BF1FK5CU587892).

**NAME OF OWNER, OCCUPANT OR POSSESSOR OF SAID PREMISES TO BE SEARCHED** (If proper name is unknown, give alias and/or description):
Antoine Moses POTEAT (2301 Shelby Dr., Charlottesville, VA 22901)

| VIOLATION OF (Describe conduct or specify statute): | DATE(S) OF VIOLATION: |
|---|---|
| C.S.D.D.C.A. Title 35 | 02/20/13 |

x Warrant Application Approved by District Attorney – DA File No. ADA. HEATHER GALLAGHER
(If DA approval required per Pa.R.Crim.P. 202A with assigned File No. per Pa.R.Crim.P. 507)
☐ Additional Pages Attached (Other than Affidavit of Probable Cause)

x Probable Cause Affidavit(s) MUST be attached (unless sealed below)   Total number of pages: 2

TOTAL NUMBER OF PAGES IS SUM OF ALL APPLICATION, PROBABLE CAUSE AND CONTINUATION PAGES EVEN IF ANY OF THE PAGES ARE SEALED

The below named Affiant, being duly sworn (or affirmed) before the Issuing Authority according to law, deposes and says that there is probable cause to believe that certain property is evidence of or the fruit of a crime or is contraband or is unlawfully possessed or is otherwise subject to seizure, and is located at the particular premises or in the possession of the particular person as described above.

| [signature] | PA State Police Troop M Fogelsville | |
|---|---|---|
| Signature of Affiant | Agency or Address if private Affiant | Badge Number |

Sworn to and subscribed before me this 20th day of February 20 13. Mag. Dist. No. 31-1-04

[signature] — 1501 Lehigh St. Allentown   (SEAL)
Signature of Issuing Authority   Office Address

**SEARCH WARRANT TO LAW ENFORCEMENT OFFICER:** WHEREAS, facts have been sworn to or affirmed before me by written affidavit(s) attached hereto from which I have found probable cause, I do authorize you to search the premises or person described, and to seize, secure, inventory and make return according to the Pennsylvania Rules of Criminal Procedure.

☒ This Warrant shall be served as soon as practicable and shall be served only between the hours of 6AM to 10PM but in no event later than:*

☐ This Warrant shall be served as soon as practicable and may be served any time during the day or night but in no event later than:**

4:35 P M, o'clock 22 Feb 2013 20____.

* The issuing authority should specify a date not later than two (2) days after issuance. Pa.R.Crim.P. 205(4).
** If the issuing authority finds reasonable cause for issuing a nighttime warrant on the basis of additional reasonable cause set forth in the accompanying affidavit(s) and wishes to issue a nighttime warrant, then this block shall be checked. Pa.R.Crim.P. 206(7).

Issued under my hand this 20th day of February 20 13 at 4:35 P M, o'clock.

| [signature] | 31-1-04 | Jan 2018 | (SEAL) |
|---|---|---|---|
| Signature of Issuing Authority | Mag. Dist. or Judicial Dist. No. | Date Commission Expires | |

Title of Issuing Authority: ☒ District Justice ☐ Common Pleas Judge ☐ _____

☐ For good cause stated in the affidavits(s) the Search Warrant Affidavit(s) are sealed for _____ days by my certification and signature. (Pa.R.Crim.P. 211)

_____   _____ (Date)   (SEAL)
Signature of Issuing Authority (Judge of the Court of Common Pleas or Appellate Court Justice or Judge).

AOPC 410A-02-05-99

| Commonwealth of Pennsylvania |  | AFFIDAVIT OF PROBABLE CAUSE |
|---|---|---|
| **COUNTY OF LEHIGH** | | |

| Docket Number (Issuing Authority): | Police Incident Number: M05-1453342 | Warrant Control Number: |
|---|---|---|

*PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:*

1. Your affiant is a Trooper with the Pennsylvania State Police, currently stationed at Troop M – Fogelsville Barracks. I have been employed by the Pennsylvania State Police for over 3 years.

2. On 02/20/13 I was assigned to routine patrol in Lehigh Co. I was riding in unmarked patrol unit M5-23. I was in full uniform and working from 0700-1500 hours.

3. At approximately 1333 hours I observed a gray Toyota Camry Sedan bearing VA registration WXH4142 driving west on Interstate 78 in the area of the W. Rock Rd. overpass, Salisbury Twp., Lehigh Co. The aforementioned vehicle was following a tractor trailer with approximately one vehicle length separating it from the tractor trailer in front of the said vehicle. The vehicle was traveling at approximately 65 MPH while following the tractor trailer. The distance was closer than reasonable and prudent for the existing conditions.

4. I activated my vehicles emergency lights and sirens and conducted a traffic stop on the vehicle on Interstate 78 westbound at mile marker 58.4, Allentown City, Lehigh County.

5. Upon approach to the vehicle, I made contact with the operator of the vehicle, who was identified as Antoine Moses POTEAT by VA Driver's License # - ▮▮▮▮▮▮▮▮▮ I advised him that the traffic stop was audibly and visually recorded. I advised him why he was being stopped. He advised he was coming from Allentown City. POTEAT appeared to be extremely nervous and was visibly shaking. While speaking to POTEAT I smelled an odor of marijuana coming from the vehicle. I also observed multiple air fresheners and dryer sheets throughout the vehicle. Through my training and experience these indicators are often used as a masking agent to facilitate the transportation of narcotics. I also observed multiple cellular phones in the vehicle. During the course of the traffic stop, POTEAT received multiple cellular phone calls. A NYC Parking Authority citation was observed in plain view. When asked about the ticket he advised he lent his friend the vehicle and he received the ticket. The ticket was dated 02/19/13. An NCIC check of the DEFENDANT'S criminal history showed two prior drug arrests in Virginia including simple possession of marijuana and possession of marijuana with intent to deliver.

6. A warning notice was prepared for the violation of PAVC-3310, Following Too Closely. At this point POTEAT was asked to exit the vehicle. I explained the warning notice to him and advised him he was free to leave. I asked POTEAT if he would mind answering a few more of my questions. He related he would. When asked if there was anything illegally possessed in the vehicle, he stated there was not. He continued to display nervous behavior while speaking to him. When asked for permission to search the vehicle he stated he didn't have time and would not consent to a search. POTEAT continued to display behavior that he was trying to leave and attempted to walk back to the vehicle even after being advised that he was free to leave.

**CONTINUED...**

I, Tpr. Gerald P. LYDON, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| Affiant Signature | Date 02/20/13 | Issuing Authority Signature | Date 2/20/13 |
|---|---|---|---|

Page 1 of 2 Pages

| Commonwealth of Pennsylvania |  | **AFFIDAVIT OF PROBABLE CAUSE** |
|---|---|---|
| **COUNTY OF LEHIGH** | | |

| Docket Number (Issuing Authority): | Police Incident Number: M05-1453342 | Warrant Control Number: |
|---|---|---|

**PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:**

7. On 02/20/13 at approx. 1410 hours, Tfc. Chad LABOUR, Bureau of Emergency & Special Operations, Canine Section, deployed State Police drug detection canine "DANO" to conduct an exterior only search of the vehicle. During the search, "DANO" displayed alert behavior followed by indication, by stopping and staring at the rear driver's side corner of the vehicle. "DANO" then continued to work the odor and squared his body toward the vehicle, where he sat and stared at the area between the driver's side rear door and the wheel well of the vehicle, which is consistent with his training. "DANO" was verbally praised off the area, but refused to leave the area, which completed the search. Canine Team # 52, Trooper Chad LABOUR and State Police Drug Detection Canine "DANO" have been certified annually in the detection of the following controlled substances, since December 7th & 8th 2011, with the most recent certification occurring on November 14th 2012 : Marijuana / Hashish, Cocaine Hydrochloride / Cocaine base, Heroin Hydrochloride &D, I – Methamphetamine Hydrochloride.

8. POTEAT was provided with a courtesy transport back to PSP Fogelsville Barracks by Tpr. Nicholas GOLDSMITH. He advised he wished to wait in the lobby until a search warrant could be completed and served.

9. Based on the above information, I request a search warrant be issued for the POTEAT's vehicle and all items contained within.

I, Tpr. Gerald P. LYDON, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| Affiant Signature | Date 02/20/13 | Issuing Authority Signature | Date 2/20/13 |
|---|---|---|---|

Page 2 of 2 Pages