UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

ANTOINE POTEAT,                                    :
          Plaintiff,                              :
                                  :
          v.                                      :          No. 5:21-cv-03117
                                    :
GERALD LYDON, *et al.*,                           :
          Defendants.                          :

_____

## **O R D E R**

     **AND NOW**, this 20th day of May, 2022, upon consideration of the Motion to Dismiss

filed by Defendants Heather Gallaguer, Jared Hanna, James Martin, Edward Ressler, Joseph

Stauffer, and Bethany Zampogna, ECF No. 40, the Motion to Dismiss filed by Defendants

Gregory Emery, Nicholas Goldsmith, Justin Julius, Brain Konopka, Chad Labour, and Gerald

Lydon, ECF No. 41, Pro se Plaintiff Antoine Poteat's responses thereto, ECF Nos. 42 and 43,

and for the reasons set forth in the Court's Opinion issued this date,  **IT IS HEREBY**

**ORDERED THAT:**

        1.      Defendants' Motions to Dismiss, ECF Nos. 40 and 41, are **GRANTED**.

        2.      Poteat's Amended Complaint, ECF No. 39, is **DISMISSED, in its entirety, with**

**prejudice.**

        3.      This matter is **CLOSED**.

                                             BY THE COURT:


                                     */s/ Joseph F. Leeson, Jr.*      
                                     JOSEPH F. LEESON, JR.
                                     United States District Judge