UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINE POTEAT,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>GERALD LYDON, *et al.*,<br>　　　　Defendants. | :<br>:<br>:<br>:　　No. 5:21-cv-03117<br>:<br>:<br>: |

# O R D E R

**AND NOW**, this 9th day of August, 2022, upon consideration of pro se Plaintiff Antoine Poteat's Motion for Reconsideration, ECF Nos. 46 and 49, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Poteat's Motion, ECF Nos. 46 and 49, is **GRANTED in part and DENIED in part** as follows:

    a. Reconsideration is **GRANTED** as to Poteat's malicious prosecution claim, only.

    b. Reconsideration is **DENIED** as to all other claims.

2. Following reconsideration of Poteat's malicious prosecution claim, the claim is again **DISMISSED with prejudice**.

3. This matter remains **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge