UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ANTOINE POTEAT,<br>Plaintiff, | : <br> : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | No. 21-cv-3117-JFL |
| GERALD LYDON, et al.,<br>Defendants. | : <br> : <br> : <br> : |  |

### ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of Plaintiff's Motion for Indicative Ruling Pursuant to Federal Rule of Civil Procedure 62.1, and any response thereto, it is hereby ORDERED that:

The Court indicates that it WOULD GRANT Plaintiff's Rule 60(b)(6) motion (ECF No. 65) if the Court of Appeals remands for that purpose.

The Court indicates that it WOULD DENY Plaintiff's Rule 60(b)(6) motion (ECF No. 65) if the Court of Appeals remands for that purpose.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ANTOINE POTEAT,<br>    Plaintiff, | : CIVIL ACTION<br>:<br>: |
| v. | : No. 21-cv-3117-JFL<br>:<br>: |
| GERALD LYDON, et al.,<br>    Defendants. | :<br>:<br>: |

## MOTION FOR INDICATIVE RULING ON PENDING RULE 60(b) MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62.1

Plaintiff Antoine Poteat, proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 62.1 and Federal Rule of Appellate Procedure 12.1 for an indicative ruling on his pending Motion for Relief from Judgment under Rule 60(b)(6) (ECF No. 65). In support thereof, Plaintiff states as follows:

1. Procedural Posture. On December 6, 2024, Plaintiff filed a Rule 60(b)(6) motion (ECF No. 65) seeking relief from the final judgment entered in this case. On December 16, 2024, this Court entered an order that Plaintiff construes as a denial of that motion. Plaintiff timely appealed that order to the United States Court of Appeals for the Third Circuit, where the appeal is now pending as Case No. 25-1119.

2. Loss of Jurisdiction. The filing of the notice of appeal transferred jurisdiction over this matter to the Court of Appeals. Consequently, this Court currently lacks jurisdiction to grant the relief requested in the Rule 60(b)(6) motion outright.

3. Purpose of This Motion. Plaintiff files this motion under Rule 62.1 to request that this Court issue an indicative ruling stating whether it would grant the Rule 60(b)(6) motion if the Court of Appeals were to remand the case for that purpose, or whether the motion would be denied. Such a ruling would assist the Court of Appeals in determining whether to remand the matter for further proceedings.

4. Basis for Rule 60(b)(6) Relief. Plaintiff's Rule 60(b)(6) motion (ECF No. 65) seeks relief based on extraordinary circumstances, including:

- Intervening changes in controlling law as established by The Third Circuit and Supreme Court.

- Procedural irregularities, including the sua sponte application of immunity defenses without affording Plaintiff adequate notice and opportunity to respond.

- The manifest injustice of allowing a judgment to stand that was premised on legal standards that have since been materially altered.

5. Good Cause for Indicative Ruling. An indicative ruling from this Court would

conserve judicial resources by clarifying whether the case can be resolved on remand without further briefing or if the Court of Appeals should proceed to decide the appeal on the current record.

WHEREFORE, Plaintiff respectfully requests that this Court issue an indicative ruling pursuant to Rule 62.1 stating whether it would grant Plaintiff's Rule 60(b)(6) motion (ECF No. 65) if the case were remanded for that purpose.

DATED: March 2, 2026

Respectfully submitted,

_____

Antoine Poteat, Pro Se

435 Merchant Walk Sq., Suite 300-541

Charlottesville, VA 22902

Poteatlaw@gmail.com

## CERTIFICATE OF SERVICE

I, Antoine Poteat, certify that on March 2, 2026, I served a true and correct copy of the foregoing Motion for Indicative Ruling on all counsel of record via the Court's ECF filing system and/or by First Class U.S. Mail.

_____
Antoine Poteat

4