**Name:**

Antoine Poteat

**Email Address:**

Poteatlaw@gmail.com

**Are you filing a new case?**

No, I'm not filing a new case.

**Case Caption**

Poteat v. Lydon et al.,

**Case Number**

21-cv-3117-JFL

**Description of Document(s)**

MOTION FOR INDICATIVE RULING ON PENDING RULE 60(b) MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62.1

**Do you have a mailing address?**

Yes

**Mailing Address Line 1**

435 Merchant Walk Sq. Suite 300-541

**City:**

Charlottesville

**State:**

Virginia

**Zip Code:**

22902

**Terms of Submission**

Yes

Show empty values