IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINE POTEAT  :  <br> PLAINTIFF,  : <br> VS.  : <br> GERALD LYDON (INDIVIDUAL AND  OFFICIAL CAPACITY), CHAD LABOUR (INDIVIDUAL AND OFFICIAL CAPACITY) NICHOLAS GOLDSMITH (INDIVIDUAL AND OFFICIAL CAPACITY), JUSTIN JULIUS (INDIVIDUAL AND OFFICIAL CAPACITY), GREGORY EMERY (INDIVIDUAL AND OFFICIAL CAPACITY) BRIAN KONOPKA (INDIVIDUAL AND OFFICIAL CAPACITY), HEATHER GALLAGUER (INDIVIDUAL AND OFFICIAL CAPACITY), BETHANY ZAMPOGNA (INDIVIDUAL AND OFFICIAL CAPACITY) BETHANY ZAMPOGNA (INDIVIDUAL AND OFFICIAL CAPACITY), JOSEPH STAUFFER (INDIVIDUAL AND OFFICIAL CAPACITY) JAMES MARTIN (INDIVIDUAL AND OFFICIAL CAPACITY), JARED HANNA (INDIVIDUAL AND OFFICIAL CAPACITY), EDWARD RESSLER (INDIVIDUAL AND OFFICIAL CAPACITY),  <br> DEFENDANTS. | : CASE NO: 5:21-CV-03117 |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Antoine Poteat, appeals to the United States Court of Appeals for the Third Circuit from the following orders of the District Court:

1. The Order entered on December 16, 2024 (ECF No. 67); and

2. The Order entered on March 11, 2026 (ECF No. 80), dismissing Plaintiff's Motion for Indicative Ruling (ECF No. 79) for lack of jurisdiction.

This appeal is taken from the entirety of both orders and from all rulings and findings implicit or explicit therein.

Plaintiff appeals to the extent these orders constitute final decisions, denials of post-judgment relief, or otherwise appealable interlocutory orders. Plaintiff seeks review of the District Court's refusal to adjudicate his pending Rule 60(b)(6) motion (ECF No. 65) and its dismissal of his request for an indicative ruling under Federal Rule of Civil Procedure 62.1.

Dated: March 12, 2026.

Respectfully Submitted,

Antoine Poteat
435 Merchant Walk Sq.
Suite 300-541
Charlottesville, Va 22902
Poteatlaw@gmail.com

## CERTIFICATE OF SERVICE

      I, Antoine Poteat,, certify that I served a copy of the amended notice of appeal via ECF to counsel of record. The above statement is true and correct to the best of my knowledge, information and belief. I verify that this Certificate of Service is made under penalty of perjury, and subject to the penalties for falsification to authorities.

Respectfully Submitted,

Dated: March 12, 2026.

Antoine Poteat
435 Merchant Walk Square
Suit 300-541
Charlottesville, Va 22901