## Pro Se Electronic Filing

**Name:**

Antoine Poteat

**Email Address:**

Poteatlaw@gmail.com

**Are you filing a new case?**

No, I'm not filing a new case.

**Case Caption**

Poteat v. Lydon, et al.,

**Case Number**

5:21-cv-03117

**Description of Document(s)**

Amended notice of Appeal

**Do you have a mailing address?**

Yes

**Mailing Address Line 1**

435 Merchant Walk Sq. Suite 300-541

**City:**

Charlottesville

**State:**

Virginia

**Zip Code:**

22902

**Terms of Submission**

Yes

Show empty values