Status Inquiry Poteat v Lydon et al..pdf - Powered by Box

**Name:**

**Antoine Poteat**

**Email Address:**

**Poteatlaw@gmail.com**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**Poteat v Lydon, et al.,**

**Case Number**

**No. 21-cv-3117-JFL**

**Description of Document(s)**

**Status Inquiry**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**435 Merchant Walk Sq. Suite 300-541**

**City:**

**Charlottesville**

**State:**

**Virginia**

**Zip Code:**

**22902**

**Terms of Submission**

**Yes**

Show empty values