UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

ANTOINE POTEAT,                          :
            Plaintiff,                    :
       v.                                 :       No.   5:21-cv-3117
                                          :
GERALD LYDON, *et al.*,                   :
            Defendants.                   :

_____

# O R D E R

**AND NOW**, this 8th day of May, 2026, upon consideration of Plaintiff's Motion for

Protective Order and to Seal Sensitive Information Contained in Multiple Court Filings, filed

May 5, 2026, *see* ECF No. 83, **IT IS ORDERED THAT:**

1.  Plaintiff's Motion, ECF No. 83, is **GRANTED as follows**:

    a.  The Clerk of Court is directed to **SEAL** the following docket entries:

        i.   ECF No. 24 (along with attached exhibits, ECF Nos. 24-1, and 24-2);

        ii.  ECF Nos. 55 and 57; and

        iii. ECF No. 65 (along with attached Exhibits "A" through "G").

    b.  Within thirty (30) days of the date of this Order, Plaintiff may file redacted

        versions of the above docket entries and exhibits.

    c.  This Order does not affect the Court's ability to consider the materials in deciding

        any pending or future motions.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge