UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

ANTOINE POTEAT,                          :
          Plaintiff,                    :
                                    :
          v.                          :     No. 5:21-cv-3117
                                    :
GERALD LYDON, *et al.*,                   :
          Defendants.                   :

_____

**O R D E R**

**AND NOW**, this 24th day of July, 2026, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1.     The Motion for Leave to Supplement Pending Amended Rule 60(b)(6) Motion, ECF No. 86, is **GRANTED**.

2.     The Amended Rule 60(b)(6) Motion for Relief from Judgment, ECF No. 65, is **DENIED**.

3.     This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge