# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Sep 21, 2026 11:30AM

ANTOINE POTEAT

Rcpt. No: 20039909 Trans. Date: Sep 21, 2026 11:30AM Cashier ID: #ES (6846)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |
| | Total Cash Received: | $0.00 |

**Comments**: 21-cv-3117

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.